```
                                       U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF TEXAS

                                          FILED

         IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF TEXAS          JAN - 2 2018
                FORT WORTH DIVISION

                                       CLERK, U.S. DISTRICT COURT
                                       By
                                              Deputy
```

AMANDA NICOLE RISOVI,                §
                                     §
          Movant,                    §
                                     §
VS.                                  §    NO. 4:17-CV-842-A
                                     §    (NO. 4:16-CR-118-A)
UNITED STATES OF AMERICA,            §
                                     §
          Respondent.                §

                              ORDER

     Before the court for consideration and decision are various

motions and papers filed by movant, Amanda Nicole Risovi, in the

above-captioned action.  The first, filed by movant on December

18, 2017, and titled "Request for Court Order," asks the court to

provide movant with various documents, including record excerpts

and case law cited by the government in its response to her

motion under § 2255 to vacate set, set aside, or correct

sentence.  After considering such motion, the court has

determined, that to the extent that she requests to be provided

with portions of the sentencing and rearraignment transcripts

referenced by the government in its response to her § 2255 motion

to vacate, set aside, or correct sentence, such motion should be

granted.  See United States v. MacCollum, 426 U.S. 317, 325-26

(1996); see also Rules Governing Section 2255 Proceedings for the

United States District Courts Rule 5(c).

The next motion, filed by movant on December 26, 2017, and titled "Notice of Incomplete Filing" indicates that movant did not receive the attachments to the government's motion for leave to file a corrected response to her § 2255 motion to vacate, set aside, or correct sentence. Even though the response and the appendix indicate that copies of those documents were mailed by the government to defendant on December 8, 2017, movant claims that she actually only received the government's motion for leave to file those documents. Therefore, the court finds that movant is entitled to the relief sought in this motion.

Movant also filed on December 26, 2017, her motion titled "Motion for Expansion of Record," in which she asks the court to include in the record "all Exhibits and Affidavits attached to her §2255 motion and Memorandum Brief." Such relief is unwarranted as these items are already part of the record in this action.

On December 26, 2017, movant also filed a motion seeking additional time to file her reply to the government's response to her motion under § 2255 to vacate, set aside, or correct sentence. The court finds that, in light of the foregoing, such relief is warranted.

Finally, on December 26, 2017, movant filed another motion titled "Request for Court Order" that was identical to the one

2

filed on December 18, 2017.  Such motion is duplicative of one already filed, and therefore is dismissed as moot.

Therefore,

The court ORDERS, that movant's motion titled "Request for Court Order" be, and is hereby, granted in part, and the government be, and is hereby, ORDERED to provide to movant (through movant's counselor, or by whatever other means the government deems proper), by January 10, 2018, the portions of the sentencing and rearraignment transcripts referenced in the government's response to movant's § 2255 motion.

The court further ORDERS that the government, by January 12, 2018, serve on defendant copies of its response to her § 2255 motion and the supporting appendix.

The court further ORDERS that movant's motion for expansion of record be, and is hereby, denied.

The court further ORDERS that movant be permitted an extension of time, until January 26, 2018, to file her reply to the government's response to her § 2255 motion.

The court further orders that movant's second motion titled

3

"Request for Court Order" filed on December 26, 2017 be, and is hereby, dismissed as moot.

SIGNED January 2, 2018.

_____
JOHN McBRYDE
United States District Judge

4