IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMANDA NICOLE RISOVI,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | No. 4:17-CV-842-A<br>(4:16-CR-118-A) |

### GOVERNMENT'S NOTICE OF DISCLOSURE OF MATERIALS IN COMPLIANCE WITH THE COURT'S ORDER OF JANUARY 2, 2018

The government hereby notifies the Court that, pursuant to the Court's order of January 2, 2018, the government has provided Amanda Risovi with copies of the rearraignment and sentencing transcripts and the government's response and appendix to her Section 2255 motion. The documents were delivered electronically to Risovi's prison counselor, Kermit D. Johnson, and he confirmed that they were given to Risovi on the same day. (*See* Attachment 1.) Additionally, the documents were sent by certified mail to Risovi and signed for by prison personnel on January 11, 2018. (*See* Attachment 2.)

Respectfully submitted,

Erin Nealy Cox
United States Attorney

Timothy W. Funnell
Assistant United States Attorney
Wisconsin State Bar No. 1022716
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102-6897
Phone 817-252-5252

## CERTIFICATE OF SERVICE

I certify that on January 18, 2018, I filed this response with the clerk of court for the U.S. District Court, Northern District of Texas. A copy of the response was sent to Amanda Nicole Risovi, Register No. 54042-177, FCI Aliceville – Camp, P.O. Box 487, Aliceville, AL 35442, by certified mail.

Timothy W. Funnell
Assistant United States Attorney

| | |
|---|---|
| **From:** | Kermit D. Johnson |
| **To:** | Smith, Paula A. (USATXN) 2 |
| **Subject:** | Re: Amanda Nicole Risovi, Register No. 54042-177 |
| **Date:** | Tuesday, January 9, 2018 2:03:17 PM |

She has them 2:01 PM 01-09-2018

K. Johnson
Camp Counselor
FCI Aliceville
Phone: 205-373-5000        Ext. 5304

>>> "Smith, Paula A. (USATXN) 2" <Paula.A.Smith@usdoj.gov> 1/9/2018 11:15 AM >>>
Counselor Johnson –

Attached are the documents to be delivered to inmate Risovi as we discussed on the phone this morning. Thank you so much for your help with this matter and I will look for your response.

Sincerely,

*Paula A. Smith*
**Supervisory Paralegal**
**U.S. Attorney's Office**
**801 Cherry Street, Suite 1700**
**Fort Worth, Texas 76102**
**817-252-5205**

Attachment 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Amanda Nicole Risovi<br>Reg # 54042-177<br>FCI Aliceville-Camp<br>P.O. Box 487<br>Aliceville, AL 35442<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3189 7166 6034 08 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[JAN 11 2020 postmark]<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 1070 0001 1342 8314 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

Attachment 2